UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Cr. Action No: 3:07-267 (FLW) |
| | : | |
| vs.. | : | O R D E R |
| | : | |
| Bryant/Gallagher, et al., | : | |
| | : | |
| Defendant(s), | : | |

Pursuant to the Provisions of 28:1871 as amended, the jurors in this matter are entitled to the per diem rate of $50.00 for extended service as of their thirty-first day of service effective November 14, 2008.

_11/13/08_  
Date

_[signature]_  
Freda L. Wolfson  
United States District Judge