IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Freda L. Wolfson |
| v. | Criminal No. 07-267 (FLW) |
| WAYNE R. BRYANT and R. MICHAEL GALLAGHER | |

## ORDER

This matter having come before the Court upon application of defendants Wayne R. Bryant (by Carl D. Poplar, Esq. and Lisa Mathewson, Esq.) and R. Michael Gallagher (by Jeremy D. Frey, Esq. and Ralph A. Jacobs, Esq.), and with the consent of the United States (by Ralph Marra, First Assistant U.S. Attorney and Joshua Drew and Adam S. Lurie, Assistant U.S. Attorneys), for an order extending time for the defendants to file motions under F.R.Cr.P. Rules 29 and 33; and for good and sufficient cause shown;

WHEREFORE, on this 24 day of November, 2008,

i. IT IS ORDERED AND ADJUDGED that the time for defendants to file additional motions and any supporting memoranda of law in this case under F.R.Cr.P. Rules 29 and 33 be and is hereby extended to and including December 31, 2008.

_____
HON. FREDA L. WOLFSON
U.S. District Judge