

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*401 Market Street, Fourth Fl.*  (856) 757-5026
*Camden, New Jersey 08101*

January 6, 2009

via e-mail
Honorable Freda L. Wolfson
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

  Re: <u>United States v. Bryant & Gallagher</u>, No. 07-267 (FLW)

Dear Judge Wolfson:

  I write regarding the briefing schedule for the post-trial motions in the above-captioned matter. I have consulted with counsel for the defendants, and the parties agree that the Government's response brief should be due on February 2, 2009, and the defendants' reply briefs should be due on February 13, 2002. I respectfully request that the Court designate these deadlines for the response and reply briefs.

  Thank you for your consideration of this matter.

          Respectfully submitted,

          CHRISTOPHER J. CHRISTIE
          United States Attorney

          **s/ Joshua Drew**

          By: JOSHUA DREW
          Assistant U.S. Attorney

cc: counsel of record (via e-mail)

IT IS SO ORDERED:

FREDA L. WOLFSON, U.S.D.J.  1/7/09